IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**THERON BLAKE SCOTT** **PLAINTIFF**
**ADC # 22711**

v.   CASE NO. 3:16-CV-00202-BSM

**GREENE COUNTY DETENTION CENTER, et al.** **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 4] has been reviewed. No objection has been filed. After careful consideration, the recommended disposition is adopted. Accordingly, defendant Greene County Detention Center is dismissed without prejudice due to plaintiff's failure to state a viable claim against it. It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 7th day of September 2016.

_____
UNITED STATES DISTRICT JUDGE