**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**THERON BLAKE SCOTT**                                                                   **PLAINTIFF**
**ADC # 22711**

**v.**                            **CASE NO. 3:16-CV-00202 BSM**

**GREENE COUNTY DETENTION CENTER, et al.**                          **DEFENDANTS**

<u>**ORDER**</u>

The proposed findings and recommendations submitted by United States Magistrate

Judge Joe J. Volpe [Doc. No. 14] have been received.  Plaintiff Theron Scott has not filed

objections. After careful consideration, the proposed findings and recommendations are

adopted in their entirety.  Accordingly, defendant Allison Huckabee's motion for summary

judgment [Doc. No. 11] is granted, and Scott's complaint is dismissed with prejudice.  It is

certified that an *in forma pauperis* appeal would not be taken in good faith.  *See* 28 U.S.C.

§ 1915(a)(3).

IT IS SO ORDERED this 7th day of August 2017.

_____
UNITED STATES DISTRICT JUDGE