IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THERON BLAKE SCOTT                                                    PLAINTIFF
ADC # 22711

v.                    CASE NO. 3:16-CV-00202 BSM

GREENE COUNTY DETENTION CENTER, et al.                                DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, and it is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 7th day of August 2017.

_____
UNITED STATES DISTRICT JUDGE